United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                           Case No. 18-15075-ref
Mary G Hanna                                                                                     Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: admin              Page 1 of 2              Date Rcvd: Nov 30, 2018
                              Form ID: 318             Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2018.
```
db          +Mary G Hanna,   1 Courtney Court,   Easton, PA 18045-5832
smg         +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
              Allentown, PA 18101-1603
smg          City Treasurer,   Eighth and Washington Streets,   Reading, PA 19601
smg         +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg         +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg         +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
14174791    +AR Resources, Inc.,   Attn: Bankruptcy,   Po Box 1056,   Blue Bell, PA 19422-0287
14174792    +BioReference Laboratories,   481 Edward H Ross Drive,   Elmwood Park, NJ 07407-3128
14174794    +Central Credit Services, LLC,   9550 Regency Square Blvd,   Suite 500A,
              Jacksonville, FL 32225-8169
14174799    +Eye Asociates Bucks Mont PC,   711 Lawn Avenue,   Sellersville, PA 18960-1575
14174801    +Jn Portfolio Debt Equities, LLC,   Attn: Bankruptcy,   5757 Phantom Dr. Ste 225,
              Hazelwood, MO 63042-2429
14174802    +Labcorp,   231 Maple Ave,   Burlington, NC 27215-5848
14174803    +Lehigh Valley Health Network,   P.O. Box 4120,   Allentown, PA 18105-4120
14174804    +Manoj K Mittal, MD PC,   41 Corporate Drive,   Suite 101,   Easton, PA 18045-2670
14174805    +Medical Data Systems Inc,   Attn: Bankruptcy Dept,   2001 9th Ave Ste 312,
              Vero Beach, FL 32960-6413
14174808    +Peerless Credit Services, Inc,   PO Boc 518,   Middletown, PA 17057-0518
14174811    +Star Open MRI,   3729 Easton Nazareth Hwy,   Easton, PA 18045-8339
14174813    +TD Bank,   PO Box 16027,   Lewiston, ME 04243-9513
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr          +EDI: QLEFELDMAN.COM Dec 01 2018 08:13:00     LYNN E. FELDMAN,   Feldman Law Offices PC,
              221 N. Cedar Crest Blvd.,   Allentown, PA 18104-4603
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 01 2018 03:30:31
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 01 2018 03:31:08     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14174788    +EDI: RMCB.COM Dec 01 2018 08:13:00      AMCA/American Medical Collection Agency,
              Attention: Bankruptcy,   4 Westchester Plaza, Suite 110,   Elmsford, NY 10523-1615
14174789     EDI: HNDA.COM Dec 01 2018 08:13:00      American Honda Finance,   Attn: Bankruptcy,
              Po Box 168088,   Irving, TX 75016
14174790    +EDI: PHINAMERI.COM Dec 01 2018 08:13:00      AmeriCredit/GM Financial,   Attn: Bankruptcy,
              Po Box 183853,   Arlington, TX 76096-3853
14174793    +EDI: CBCSI.COM Dec 01 2018 08:13:00      CBCS,   PO Box 163279,   Columbus, OH 43216-3279
14174795    +EDI: CCS.COM Dec 01 2018 08:13:00      Credit Collection Services,   725 Canton Street,
              Norwood, MA 02062-2679
14174796    +E-mail/Text: abovay@creditmanagementcompany.com Dec 01 2018 03:31:07
              Credit Management Company,   Attn: Bankruptcy,   2121 Noblestown Rd,
              Pittsburgh, PA 15205-3956
14174797    +EDI: NAVIENTFKASMDOE.COM Dec 01 2018 08:13:00      Dept of Ed / Navient,   Attn: Claims Dept,
              Po Box 9635,   Wilkes Barr, PA 18773-9635
14174798    +EDI: DISCOVER.COM Dec 01 2018 08:13:00      Discover Financial,   Po Box 3025,
              New Albany, OH 43054-3025
14174800    +E-mail/Text: data_processing@fin-rec.com Dec 01 2018 03:30:11     Financial Recovery Services,
              PO Box 385908,   Minneapolis, MN 55438-5908
14174806    +EDI: MID8.COM Dec 01 2018 08:13:00      Midland Funding,   2365 Northside Dr Ste 30,
              San Diego, CA 92108-2709
14174807    +E-mail/Text: Bankruptcies@nragroup.com Dec 01 2018 03:31:57     National Recovery Agency,
              Attn: Bankruptcy,   Po Box 67015,   Harrisburg, PA 17106-7015
14174809     E-mail/Text: colleen.atkinson@rmscollect.com Dec 01 2018 03:31:55     Receivable Management Inc,
              7206 Hull Rd,   Ste 211,   Richmond, VA 23235
14174810    +E-mail/Text: colleen.atkinson@rmscollect.com Dec 01 2018 03:31:55
              Receivables Management Systems,   PO Box 8630,   Richmond, VA 23226-0630
14174812    +EDI: RMSC.COM Dec 01 2018 08:13:00      Synchrony Bank,   PO Box 960061,
              Orlando, FL 32896-0061
14175500    +EDI: RMSC.COM Dec 01 2018 08:13:00      Synchrony Bank,   c/o PRA Receivables Management, LLC,
              PO Box 41021,   Norfolk, VA 23541-1021
14174814    +E-mail/Text: BKRMailOps@weltman.com Dec 01 2018 03:30:58     Weltman Weinberg & Reis,
              965 Keynote Circle,   Independence, OH 44131-1829
                                                                                              TOTAL: 19
```
        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-4          User: admin               Page 2 of 2               Date Rcvd: Nov 30, 2018
                              Form ID: 318              Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 29, 2018 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Debtor Mary G Hanna brad@sadeklaw.com,  bradsadek@gmail.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com,  lfeldman@ecf.epiqsystems.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 3
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Mary G Hanna** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx−xx−5523** <br> EIN _ _−_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ <br> EIN _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | | |
| Case number:  **18−15075−ref** | | |

# Order of Discharge                                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Mary G Hanna

11/29/18                                    **By the court:**  Richard E. Fehling
                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**